**Kelvin Bernard STEPHENS, Plaintiff–Appellant,**

v.

**Khurshid Z. YUSUFF, Defendants,**

**Denise Bowels; United States of America, Defendants— Appellees.**

**No. 03–60827.**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

DECIDED: April 20, 2004.

Kelvin Bernard Stephens, Atlanta, GA, pro se.

David N. Usry, Assistant US Attorney, US Attorney's Office, Jackson, MS, for Defendant–Appellee.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Kelvin Bernard Stephens, federal prisoner # 48329–019, appeals from the district court's dismissal of his civil-rights lawsuit, in which Stephens alleged claims under the Privacy Act, the Freedom of Information Act, *Bivens*,[1] the Federal Tort Claims Act ("FTCA"), and 42 U.S.C. §§ 1983, 1985, 1985(3), and 1986. On appeal, Stephens has briefed only his challenge to the dismissal of his FTCA and *Bivens* claims seeking monetary damages for failure to state a claim upon which relief may be granted. He has therefore abandoned any challenge to the dismissal of his other claims. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993).

Stephens sought monetary damages in his FTCA and *Bivens* claims to compensate him for alleged mental suffering he attributed to the defendants' actions. As he did not allege a physical injury, his claims were barred by 42 U.S.C. § 1997e(e). His challenged claims were therefore properly dismissed for failure to state a claim upon which relief could be granted. *See Harris v. Hegmann*, 198 F.3d 153, 156 (5th Cir.1999).

The district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).